**SHERWIN WILLIAMS.** Automotive Finishes

Mailed 9-19-12

September 18, 2012

Novak's Collision Center, Inc.
Attention: Charles Novak
4640 South Highway 94 North Outer Road
St. Peters, MO  63304

Mr. Novak:

Novak's Collision Center, Inc. entered into a Supply Agreement, dated January 1, 2012, with Sherwin-Williams Automotive Finishes Corp. ("Sherwin-Williams"). I have attached a copy of the Supply Agreement and the personal guaranty that you signed.

Pursuant to the Supply Agreement, Sherwin-Williams provided Novak's Collision Center, Inc. with an Advance in the amount of $90,000.00. In consideration for the Advance, Novak's Collision Center, Inc. agreed to purchase $461,000 of automotive paints and coatings manufactured and sold by Sherwin-Williams. Additionally, Novak's Collision Center, Inc. agreed to purchase all of its requirements for automotive paints, coatings and related products from Sherwin-Williams.

Sherwin-Williams has been informed that Novak's Collision Center has installed a competitive line. This action constitutes a breach of the Supply Agreement.

The breach of the Supply Agreement by Novak's Collision Center, Inc. will cause Sherwin-Williams to incur significant damages. These damages include, but are not limited to, the amount of the Advance described in the Supply Agreement, the cost of training provided to Novak's Collision Center, Inc., the cost of toner consignments and mixing equipment provided to Novak's Collision Center, Inc. , and the profits Sherwin-Williams would earn for the remaining term of the Supply Agreement.

It is Sherwin-Williams' preference that this matter be resolved on an amicable basis. Therefore, Sherwin-Williams recommends that Novak's Collision Center, Inc. removes the competitive line. If Novak's Collision Center, Inc. fails to do so within 15 days, Sherwin-Williams will take immediate legal action against Novak's Collision Center, Inc. for breach of the Supply Agreement. In addition, Sherwin-Williams will also proceed with legal action against you on an individual basis pursuant to the personal guaranty.

Please contact me if you have any questions concerning this matter.

Sincerely,


Robert R. Orme
Director of Financial Services
The Sherwin-Williams Company
Automotive Division
216-332-8740

Enclosures
cc:   Hugh Kinast, Corporate Counsel


EXHIBIT 2