UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

The Sherwin-Williams Company,

Plaintiff(s),

v.

Novak's Collision Center, Inc., et al.,

Defendant(s).

Case No. 4:12-cv-02148

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

McDowell & Associates, Ltd.
1031 Lami Street
St. Louis, MO 63104

(name and address of process server)

To serve: Novak's Collision Center, Inc., et al. in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

11/16/2012

(date)

[signature]

(attorney for Plaintiff)

_____

(attorney for Defendant)